[No. 8463-9-III.  Division Three.  June 9, 1988.]

MARVIN L. WOODROME, ET AL, *Appellants,* v. LISA SLATER, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Walla Walla County, No. 85-2-00382-0, James B. Mitchell, J., entered February 26, 1987. *Affirmed* by unpublished opinion per Munson, J., concurred in by Thompson, A.C.J., and Green, J.

[No. 8113-3-III.  Division Three.  June 9, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. PETE W. SMOLDON, *Appellant.*

Appeal from a judgment of the Superior Court for Pend Oreille County, No. 86-1-00011-1, Larry M. Kristianson, J., entered November 10, 1986. *Reversed* by unpublished opinion per McInturff, C.J., concurred in by Green and Thompson, JJ.

[No. 8719-1-III.  Division Three.  June 9, 1988.]

MICHAEL W. SMITH, *Appellant,* v. JAMES DOE BECK, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Benton County, No. 86-2-00908-3, Robert S. Day, J., entered June 17, 1987. *Affirmed* by unpublished opinion per Munson, J., concurred in by Thompson, A.C.J., and Green, J.